# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2179
Lower Tribunal No. 2024-DR-032027

_____

ROBERT HIMMELSTEIN,

Appellant,

v.

KELLY MOORE,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Carolyn D. Swift, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

WHITE, SMITH and BROWNLEE, JJ., concur.


Spencer Cordell, of Law Office of Spencer Cordell, Fort Myers, for Appellant.

Kelly Moore, Fort Myers Beach, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED